UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHERRY L. SOLIS,       )<br>                              )<br>                              )<br>    Plaintiff,           )<br>                              )<br>v.                            )<br>                              )<br>CAROLYN W. COLVIN,  )<br>*Acting Commissioner of Social Security,*  )<br>                              )<br>    Defendant.        )  | **JUDGMENT**<br><br>No. 5:14-CV-879-RN |

**Decision by Court.**

This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court DENIES Plaintiff's Motion for Judgment on the Pleadings, GRANTS Defendant's Motion for Judgment on the Pleadings and AFFIRMS the Commissioner's final decision.

This Judgment Filed and Entered on January 4, 2016 with service on:
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Jeannette M. Mandycz (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

Date: January 4, 2016                    JULIE RICHARDS JOHNSTON, CLERK

                                                        Lauren Herrmann, Deputy Clerk